JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Ned_Smock@fd.org

Counsel for Defendant NUNNELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEON NUNNELLY, <br><br> Defendant. | Case No.: 24-CR-119 VC, CR 24-162 VC <br><br> **SUPPLEMENT TO DEFENSE SENTENCING MEMORANDUM** <br><br> Date:  January 7, 2025 <br> Time:  10:00 a.m. |

At the sentencing hearing on December 18, 2024, this Court requested a release plan for Mr. Nunnelly were he to be sentenced to time served in January. As the Court is aware, Mr. Nunnelly has been in custody for 13 months following his December 7, 2023 arrest. The undersigned has discussed a release plan with Mr. Nunnelly, his mother, and a social worker from the Federal Public Defender Office. The defense has developed a plan that will give Mr. Nunnelly the best opportunity to achieve financial independence, move back into an apartment of his own as quickly as possible, and lay the groundwork for a successful career. Mr. Nunnelly is already familiar with several programs in San

Francisco that are specifically focused on providing assistance to returning citizens like himself. Although Mr. Nunnelly has considered returning to Sacramento, that city has nowhere near the number of resources and opportunities as are available in San Francisco. For these reasons, the defense proposes that Mr. Nunnelly be released to the San Francisco halfway house so that he can return to work and begin training programs that will prepare him to start a career. Mr. Nunnelly anticipates that he will be able to afford to rent his own apartment within 3-5 months.

Mr. Nunnelly already has contacts with case workers and job coordinators at two San Francisco programs: Hospitality House and the Goodwill. Upon release he will reconnect with those individuals and immediately determine schedules for job training programs available at that time. CityBuild is a City of San Francisco program Mr. Nunnelly had started taking part in prior to his arrest. That program offers training in construction trades and helps to connect those who complete training with jobs that pay a competitive hourly rate; Mr. Nunnelly is aware of program participants earning as much as $33 to $37 per hour as carpenters. The program also offers a stipend for participants before they find employment.[1] Mr. Nunnelly will also pursue potential job training programs through two other organizations. The West Oakland Job Resource Center is a non-profit organization devoted to training low-income individuals and linking them to work in the transportation and construction fields. The organization has a history of placing program participants in jobs at the Port of Oakland. Mr. Nunnelly plans to attend an orientation – they occur every Tuesday – at which he will learn more about currently-available training and employment. Obtaining a commercial driver's license is one of the paths Mr. Nunnelly is considering because he is aware of jobs available to drivers with employers including Recology San Francisco that pay more than $50 per hour. Mr. Nunnelly will also look into services offered by Code Tenderloin, another non-profit

---

[1] Among the reasons that Mr. Nunnelly wants to stay in San Francisco is the fact that CityBuild is only open to San Francisco residents.

offering job training and employment placement to individuals in the city.  Among the programs offered by Code Tenderloin is an eight-week Community Health Worker program that trains participants to become case workers.

Mr. Nunnelly will hit the ground running upon his release.  He will immediately start reaching out to each of the above programs and any others identified by job coordinators and case workers he meets with.  He will choose a program based upon the nature of the program, timing, and opportunities available to graduates immediately after they complete the program.  At present, CityBuild is the program Mr. Nunnelly is most enthusiastic about.  But because CityBuild offers two 12-week sessions per year, Mr. Nunnelly will likely need to wait before starting a session.  He may identify a different program in the interim – for example his West Oakland Job Resource Center orientation may introduce him to a training and career path that he finds even more appealing.  In the interim, Mr. Nunnelly can work with job coordinators and case workers at Hospitality House or the Goodwill to find short-term employment so that he can save money towards renting an apartment.

Mr. Nunnelly would like to live in the San Francisco halfway house as he achieves financial independence again.  If there is no bed space available at the halfway house or if the Court does not wish to authorize placement there, he can live with his girlfriend, who has an apartment in San Francisco.  But Mr. Nunnelly is so laser-focused on establishing a career and financial independence that his preference is living at the halfway house temporarily.  That placement was one of the central building blocks that helped him to save money to start renting his own apartment following his release in 2022.

Mr. Nunnelly has thought about whether he should move out of San Francisco due to safety concerns he has about Ms. Hill.  Given the number of opportunities available to Mr. Nunnelly in San Francisco and the positive steps he had taken in San Francisco after his release, it would be extremely unfortunate for him to have to escape this area because he has been targeted by Ms. Hill.  Neither Mr.

Nunnelly nor his mother have heard from Ms. Hill in the last year and he hopes that she has moved on since his arrest. He will not have the same telephone number, address, or employer, so he believes that he can feel safe remaining in this city. Were Ms. Hill to again try to cause harm to Mr. Nunnelly, it is hoped that United States Probation will play an even more active role now. Mr. Nunnelly will work closely with Mr. Gerstel to develop an action plan if he is contacted by Ms. Hill. Instead of solely encouraging Mr. Nunnelly to seek a protective order (which Mr. Nunnelly did to no avail) United States Probation can communicate directly with San Francisco Police, the District Attorney's Office, and even the U.S. Attorney's Office to pressure them to take action to protect Mr. Nunnelly. United States Probation can also help to relocate Mr. Nunnelly within the city should the situation escalate.

      It is difficult to adequately convey in writing Mr. Nunnelly's enthusiasm about returning to work and his commitment to restarting his impressive progress towards establishing a new life for himself. Mr. Nunnelly and his family are very excited for this new chapter.

| | |
|---|---|
| January 6, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>          /S<br>NED SMOCK<br>Assistant Federal Public Defender |