CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

GALEN A. PHILLIPS (CABN 307644)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7110
Email: Galen.Phillips@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NOS. 3:24CR119VC & 3:24CR162VC** |
| Plaintiff, | ) **DETENTION ORDER** |
| v. | ) |
| KEON NUNNELLY, | ) |
| Defendant. | ) |

On July 22, 2025, defendant Keon Nunnelly was charged in case number 3:24CR00119 by Petition for Warrant for Person Under Supervision (a "Form 12") with violating the standard condition of his supervised release that he not commit another federal, state, or local crime (Charge One) and special condition number two of his supervised release that he enroll in the Computer and Internet Monitoring Program and abide by the requirements of the CIMP Participant Agreement (Charge Two) in violation of Title 18, United States Code, Section 3583. On July 25, 2025, defendant Keon Nunnelly was charged in case number 3:24CR00162 by a Form 12 with violating the standard condition of his supervised release that he not commit another federal, state, or local crime (Charge One) in violation of Title 18, United States Code, Section 3583.

This matter came before the Court on January 21, 2026, for a detention hearing. The defendant was present and represented by Ned Smock. Assistant United States Attorney Galen A. Phillips

specially appeared for the government on behalf of Assistant United States Attorney Roland Chang. The government moved for detention, and the defendant opposed.  At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by that the Defendant has not satisfied his burden to establish, by clear and convincing evidence, that the person will not pose a danger to any other person or to the community. Accordingly, the defendant must be detained pending resolution of the Form 12s.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the basis for its conclusion: the defendant has not met his burden of proof in establishing that he will not pose a danger to any other person or the community, given, among other things, the violent incident alleged in the Form 12s, to which the defendant has pled guilty in a state court proceeding; the other alleged incidents of domestic violence discussed on the record; and the defendant's history of convictions involving offense conduct that presents a danger to the community.  This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.    The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.    The defendant be afforded reasonable opportunity for private consultation with counsel; and

//

//

//

3.      On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:  January 22, 2026

_____
HONORABLE SALLIE KIM
United States Magistrate Judge